IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

THOMAS MCHENRY,

    Defendant.

4:23-CR-3024

FINAL ORDER OF FORFEITURE

  This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 52). On December 29, 2023, the Court entered a Preliminary Order of Forfeiture (filing 47) pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461, based upon the defendant's plea of guilty to a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8), and his admission of the forfeiture allegation contained in the indictment. By way of the preliminary order of forfeiture (filing 47), the defendant's interest in the following weapons, seized from him on or about October 22, 2022, was forfeited to the United States:

- a Remington 7400 30-06 rifle;
- two Iver Johnsons Arms & Cycle Works revolvers;
- a Hopkins & Allen Arms Co. Revolver;
- a Marlin 75C .22 rifle;
- a Marlin 25N .22 rifle;
- a Traditions by Fausti 12 gauge double barrel shotgun;
- three 20 round boxes of 270WIN ammunition;
- two boxes of 12-gauge shotgun shells;
- three 50 round boxes of Blazer .22 ammunition; and

- Multiple rounds of 270WIN ammunition, .22 ammunition, 12-gauge shotgun shells, loaded magazines for a 30-06 rifle, and multiple rounds of 30-06 SPRG ammunition.

As directed by the order, a Notice of Criminal Forfeiture was posted beginning on January 5, 2024, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 51) was filed on March 5, 2024. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 52) is granted.

2. All right, title, and interest in and to the the Remington 7400 30-06 rifle; Iver Johnsons Arms & Cycle Works revolvers; Hopkins & Allen Arms Co. Revolver; Marlin 75C .22 rifle; Marlin 25N .22 rifle; Traditions by Fausti 12 gauge double barrel shotgun; 20 round boxes of 270WIN ammunition; boxes of 12-gauge shotgun shells; 50 round boxes of Blazer .22 ammunition; rounds of 270WIN ammunition, .22 ammunition, 12-gauge shotgun shells, loaded magazines for a 30-06 rifle, and rounds of 30-06 SPRG ammunition; held by any person or entity are forever barred and foreclosed.

3. The property is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the property in accordance with law.

Dated this 12th day of April, 2024.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge